FORM 3-1

## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| ASSAN ALUMINYUM SANAYI VE TICARET A.S., | ) ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) | **Court No. 21-00616** |
| THE UNITED STATES, | ) ) | **SUMMONS** |
| *Defendant.* | ) ) ) | |

TO:     The Attorney General and the U.S. Department of Commerce:

PLEASE TAKE NOTICE that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

**/s/ Mario Toscano**
Clerk of the Court

### 1.  Name and Standing of Plaintiff

Plaintiff in this action is Assan Aluminyum Sanayi ve Ticaret A.S. ("Assan") or "Plaintiff").  Assan is a foreign producer and importer of common alloy aluminum sheet from the Republic of Turkey (the "subject merchandise").  Plaintiff actively participated in the antidumping investigation before the U.S. Department of Commerce ("Commerce") upon which the contested determination was based and is an interested party pursuant to 19 U.S.C. § 1677(9)(A).  Plaintiff has standing to bring this action under 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).  Therefore, it has standing to commence this action pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(II).

### 2.  Brief Description of Contested Determination

Plaintiff contests certain findings of fact and conclusions of law made by the U.S. Department of Commerce and contained in *Certain Aluminum Foil From the Republic of Turkey: Final Affirmative Determination of Sales at Less Than Fair Value,* 86 Fed. Reg. 52880 (Dep't Commerce Sept. 23, 2021) and the resulting antidumping duty order. *Certain Aluminum Foil From the Republic of Armenia,*

**FORM 3-1**

*Brazil, the Sultanate of Oman, the Russian Federation, and the Republic of Turkey: Antidumping Duty Orders*, 86 Fed. Reg. 62790 (Dep't Commerce Nov. 12, 2021).

3. **Date of Determination**

The contested final antidumping determination was issued by the Department of Commerce on September 16, 2021.

4. **Date of Publication in Federal Register of Notice of Contested Determination**

The final antidumping duty determination was published on September 23, 2021. The *AD Order* was published on November 12, 2021.

Respectfully submitted,

**/s/ Leah N. Scarpelli**
Leah N. Scarpelli
Matthew M. Nolan

ARENT FOX LLP
1717 K Street, NW
Washington, DC 20006-5344
(202) 715-8403

*Counsel to Assan Aluminyum Sanayi ve Ticaret A.S.*

Dated:  December 9, 2021

**<u>SERVICE OF SUMMONS BY THE CLERK</u>**

SERVICE OF SUMMONS BY THE CLERK If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept . 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017).

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. DEPARTMENT OF JUSTICE
Room 346
26 Federal Plaza
New York, N.Y.  10278

Jeanne E. Davidson
Civil Division
Commercial Litigation Branch
U.S. DEPARTMENT OF JUSTICE
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044

Robert Heilferty, Chief Counsel
Office of the Chief Counsel for Trade
Enforcement & Compliance
U.S. DEPARTMENT OF COMMERCE
14th Street and Constitution Ave., N.W.
Room 3622
Washington, D.C.  20230