## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ASSAN ALUMINYUM SANAYI VE TICARET A.S., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> ALUMINUM ASSOCIATION TRADE ENFORCEMENT WORKING GROUP AND ITS INDIVIDUAL MEMBERS, et al., <br><br> Defendant-Intervenors/ Consolidated Plaintiffs. | Consol. Court No. 21-00616 |

### ORDER OF REASSIGNMENT

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e)(4) of the Rules of this Court, the above-entitled action, previously assigned to the Honorable Stephen Alexander Vaden, is hereby reassigned to the Honorable M. Miller Baker.

Dated at New York, New York, this 7th day of July, 2025.

                                                    /s/ Mark A. Barnett  
                                                   Mark A. Barnett  
                                                    Chief Judge