## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ASSAN ALUMINYUM SANAYI VE TICARET A.S.,<br><br>    *Plaintiff/Defendant-Intervenor,*<br><br>v.<br><br>UNITED STATES,<br><br>    *Defendant,*<br><br>and<br><br>ALUMINUM ASSOCIATION TRADE ENFORCEMENT WORKING GROUP and its individual members,<br><br>    *Consolidated Plaintiffs/ Defendant-Intervenors.* | Consol. Ct. No. 21-00616-MMB |

### ORDER

Today the court issued a slip opinion in this matter under seal. For reasons explained in that decision, *see* Slip Op. 26-13, at 7 n.6, the court finds that Assan has waived the protected status of certain record material. Consistent with the Federal Circuit's recent instruction in *In re United States*, No. 2025-127, 2026 WL 262493 (Fed. Cir. Feb. 2, 2026), the court will provide the parties the opportunity to file objections. Absent the receipt of any such objections (filed under seal as necessary) by noon on Monday, February 23, the court will publicly release the opinion in unredacted form.

Dated:    February 18, 2026      /s/ *M. Miller Baker*
            New York, New York      M. Miller Baker, Judge